COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION FOR REHEARING

Cause numbers and style:     01–14–00769-CV; *Jennifer Lee Cuellar v. Rocky Wayne Neisser, Sr. & Kimberly Ann Neisser*

Date motion filed:     August 3, 2015

Party filing motion:     Appellant Jennifer Lee Cuellar


It is ordered that the motion for rehearing is **DENIED**.


Justice's signature:  /s/ Terry Jennings
                  Acting for the Court

Panel consists of:   Justices Jennings, Higley, and Huddle.


Date: August 25, 2015